# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br>VACANT LAND LOCATED AT OR NEAR<br>13696 S. EAST AVENUE, FRESNO,<br>etc.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV F 06-0885 OWW LJO<br><br>**ORDER TO SET STATUS CONFERENCE**<br><br>Date:　January 16, 2007<br>Time:　8:30 a.m.<br>Dept.:　8 (LJO) |

　　　At the parties' request, the parties placed settlement terms on this Court's record on November 21, 2006 in Department 8 (LJO). Plaintiff United States of America appeared by Assistant U.S. Attorney Stephanie Hamilton Borchers. Defendant Vacant Land Located at or near 13696 S. East Avenue, Fresno, etc. appeared by counsel Dianna Gibson, Law Offices of Glenn R. Wilson. With settlement terms placed on the record and on the basis of good cause, this Court:

　　　1.　　VACATES all pending court dates, including the November 29, 2006 scheduling conference in Department 3 (OWW); and

　　　2.　　SETS a status conference for January 16, 2007 at 8:30 a.m. in Department 8 (LJO). At the status conference, counsel shall be prepared to address progress toward completion of settlement. Counsel may appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680.

　　　IT IS SO ORDERED.

**Dated:　November 21, 2006**　　　　　　　　　/s/ Lawrence J. O'Neill
66h44d　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE