1

2

3

4

5

6            **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    UNITED STATES OF AMERICA,              CASE NO. CV F 06-0885 OWW LJO

10               Plaintiff,        _____**ORDER TO SET STATUS CONFERENCE**

               vs.
11                                          Date:   March 1, 2007
     VACANT LAND LOCATED AT OR NEAR         Time:  8:45 a.m.
12   13696 S. EAST AVENUE, FRESNO,          Dept.:  8 (LJO)
     etc.,
13
               Defendants.
14   _____/

15          This Court conducted a January 30, 2007 status conference to address progress toward

16   completion of settlement terms placed on this Court's record on November 21, 2006.  Plaintiff United

17   States of America appeared by Assistant U.S. Attorney Stephanie Hamilton Borchers.  Defendant Vacant

18   Land Located at or near 13696 S. East Avenue, Fresno, etc. appeared by telephone by counsel Dianna

19   Gibson, Law Offices of Glenn R. Wilson.  The parties informed the Court that the U.S. Marshal will

20   accept a clouded title to the defendant property and that efforts are undertaken to remove an occupant

21   from the defendant property.  On the basis of good cause, this Court SETS a status conference for March

22   1, 2007 at 8:45 a.m. in Department 8 (LJO).  At the status conference, counsel shall be prepared to

23   address progress toward completion of settlement, clearing title to and removing occupants from the

24   defendant property, and matters addressed at the January 30, 2007 status conference.  Counsel may

25   appear at the status conference by telephone by arranging a one-line conference call and adding the Court

26   at (559) 499-5680.

27          IT IS SO ORDERED.

28   **Dated:    January 30, 2007              /s/ Lawrence J. O'Neill**

                                   1

66h44d                                    UNITED STATES MAGISTRATE JUDGE