**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>VS.<br><br>VACANT LAND LOCATED AT OR NEAR 13696 S. EAST AVENUE, FRESNO, CA FRESNO COUNTY, APN: 042-280-10S, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>DEFENDANT. / | Case Number: 1:06-cv-00885 OWW LJO<br><br>NOTICE OF RE-SET<br>STATUS CONFERENCE |

    Due to the elevation of United States Magistrate Judge Lawrence J. O'Neill, and the impending temporary re-assignment of the captioned case to the United States Magistrate Judge Theresa A. Goldner,

    YOU ARE NOTIFIED that:

    The Status Conference currently set for March 1, 2007 at 8:45 a.m. is VACATED and RESET for a TELEPHONIC STATUS CONFERENCE on March 1, 2007 at 9:00 a.m. before Judge Goldner. Counsel are to appear at the telephonic Status Conference by arranging a one-line conference call and adding the Court at (661) 326-6620. Counsel are to contact the Courtroom Deputy Clerk, Alan Leon Guerrero no later than February 23, 2007, to advise whether they are unable to participate by telephone, and shall contact him at (661) 326-6620 or via email at aleonguerrero@caed.uscourts.gov.

1  If any counsel is unable to participate by telephone on March 1, 2007, and shall provide
2  timely notice thereof, the Status Conference will be reset for a subsequent date and conducted by
3  Judge Goldner in the United States Courthouse in Fresno.

IT IS SO ORDERED.

Dated: **February 14, 2007**              **/s/ Theresa A. Goldner**
j6eb3d                                   UNITED STATES MAGISTRATE JUDGE