1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CV-00885-OWW-NEW (TAG) |
| Plaintiff, | |
| v. | **ORDER CONTINUING DISMISSAL HEARING** |
| VACANT LAND LOCATED AT OR NEAR 13696 S. EAST AVENUE, FRESNO, CALIFORNIA, FRESNO COUNTY, APN: 042-280-10S, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Pursuant to the Motion for Default Judgment filed on August 22, 2007 by Plaintiff United States of America, the Dismissal Hearing presently set for September 17, 2007 at 10:00 a.m. in Courtroom 3 before District Judge Oliver W. Wanger shall be continued to October 1, 2007 at 10:00 a.m. in Courtroom 3 before District Judge Oliver W. Wanger to allow resolution of Plaintiff's Motion for Default Judgment.

IT IS SO ORDERED.

Dated:   **August 24, 2007**        **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE