# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VACANT LAND LOCATED AT OR NEAR 13696 S. EAST AVENUE, FRESNO, CALIFORNIA, FRESNO COUNTY, APN: 042-280-10S, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | Case No. 1:06-cv-00885 OWW TAG<br><br>Related case: 1:05-cv-01138 OWW GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT<br>(Doc. 30)<br><br>ORDER DIRECTING THE CLERK TO ENTER DEFAULT JUDGMENT FOR PLAINTIFF<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT A PROPOSED DEFAULT AND FINAL FORFEITURE JUDGMENT |

Plaintiff United States of America ("Government") is proceeding with a civil forfeiture action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19). Pending before the Court is Plaintiff's motion for default judgment against the interests of Lahkbir Purewal in the defendant real property (Doc. 21), and the entry of a final forfeiture judgment that vests in the Government all right, title, and interest in the defendant real property (Doc. 22).

On November 6, 2007, the Magistrate Judge filed Findings and Recommendations that Plaintiff's motion for default judgment as to Lahkbir Purewal be granted and that a final forfeiture judgment vesting in the Government all rights, title, and interest in the defendant real property be

entered.  (Doc. 30).  The Findings and Recommendations were served on all parties and contained notice that any objections to the Findings and Recommendations were to be filed no later than November 19, 2007.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (Doc. 30), filed November 6, 2007, are ADOPTED IN FULL; and

2. Plaintiff  United States of America's motion for default judgment (Doc. 21) is GRANTED;

3. The Stipulation for Final Judgment of Forfeiture (Doc. 22) is APPROVED;

4. Plaintiff United States of America is ENTITLED to, and the Clerk SHALL ENTER a default judgment against the interests of Lahkbir Purewal in the defendant real property; and

5. The United States of America is ORDERED to submit, within ten (10) days of service of this Order, a proposed default and final forfeiture judgment, consistent with the Findings and Recommendations (Doc. 30) and this Order.

IT IS SO ORDERED.

**Dated:    November 28, 2007**            /s/ Oliver W. Wanger
                                                             UNITED STATES DISTRICT JUDGE

2