```
McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

FILED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CV-00885-OWW-TAG |
| Plaintiff, | Related Case: 1:05-CV-01138-OWW-GSA |
| v. | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| VACANT LAND LOCATED AT OR NEAR 13696 S. EAST AVENUE, FRESNO, CALIFORNIA, FRESNO COUNTY, APN: 042-280-10S, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO | |
| Defendant. | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed August 22, 2007. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Adopting Findings and Recommendations to Grant Plaintiff's Application for Default Judgment was filed on November 30, 2007.  Based on the Magistrate Judge's Findings and Recommendations to Grant Plaintiff's Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

///

///

ORDERED, ADJUDGED AND DECREED:

1. After a *de novo* review, the Court adopts the Magistrate Judge's Findings and Recommendations filed November 6, 2007, in full.

2. Lahkbir Purewal is held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant real property known as vacant land located at or near 13696 S. East Avenue, Fresno, California, Fresno County, APN: 042-280-10S (hereafter "vacant land located 13696 S. East Avenue, APN: 042-280-10S"), more fully described in Exhibit A attached hereto, held by any potential claimants.

4. A final judgment is hereby entered, forfeiting all right, title, and interest in the vacant land located 13696 S. East Avenue, APN: 042-280-10S, to the United States of America, to be disposed of according to law, including all right, title and interest of Lahkbir Purewal, Amrit Kaur Purewal, and Baldev Purewal, subject to the interest of Nancy Unruh Purewal pursuant to the Stipulation for Final Judgment of Forfeiture filed on August 22, 2007, and detailed below.

5. Upon entry of this Default Judgment and Final Judgment of Forfeiture, the U.S. Marshals Service shall list the vacant land located 13696 S. East Avenue, APN: 042-280-10S, for sale. The U.S. Marshals Service shall have sole authority to select the means of sale, including sale by internet or through a licensed real estate broker, and shall have sole authority over the marketing and sale of said real property.

6. The U.S. Marshals Service shall have the vacant land located 13696 S. East Avenue, APN: 042-280-10S, appraised by a licensed appraiser of its choosing. Following the entry of the Default Judgment and Final Judgment of Forfeiture, but prior to vacating the vacant land located 13696 S. East Avenue, APN: 042-280-10S, the U.S. Marshals Service and the appraiser may have access to the vacant land located 13696 S. East Avenue, APN: 042-280-10S, and structures, buildings, or storage sheds thereon upon 24 hours telephonic notice. If necessary, the U.S. Marshals Service, and any real estate broker employed by the U.S. Marshals Service, shall have the right to put a "lock box" on the property to facilitate the marketing and sale of the property.

///

7.  The following costs, expenses and distributions sale shall be deducted from the gross sales price and paid directly out of escrow in the following order and to the extent that funds are available:

    a. The costs incurred by the U.S. Marshals Service to the date of close of escrow, including the cost of posting, service, advertising, and maintenance.

    b. Any unpaid real property taxes, which shall be prorated as of the date of the entry of the Default Judgment and Final Judgment of Forfeiture.

    c. A real estate commission not to exceed the U.S. Marshals Service contractual brokerage fee, and such costs of sale as the U.S. Marshals Service may reasonably incur, including, but not limited to, county transfer taxes.

    d. To the United States of America, all of Baldev Purewal's 50% share of the funds remaining after payments pursuant to ¶ 7(a.) thru (c.). All right, title, and interest in said funds shall be substituted for the defendant real property and forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed of according to law.

    e. To claimant Nancy Unruh Purewal, through her attorney Dianna L. Gibson, 1/3 (33.3%) of Nancy Unruh Purewal's 50% share of the funds remaining after payments pursuant to ¶ 7(a.) thru (c.).

    f. To the United States of America, 2/3 (66.6%) of Nancy Unruh Purewal's 50% share of the funds remaining after payments pursuant to ¶ 7(a.) thru (c.).

    g. Any liens or encumbrances against defendant real property that appear on record subsequent to the recording of plaintiff's lis pendens on July 19, 2006, and prior to entry of the Default Judgment and Final Judgment of Forfeiture herein may be paid out of escrow, at the sole discretion of the United States of America.

    h. The costs of a lender's policy of title insurance (ALTA policy) shall be paid for by the buyer.

    i. All loan fees, "points" and other costs of obtaining financing shall be paid by the buyer of the defendant real property.

    j. Each party to the Stipulation for Final Judgment of Forfeiture shall execute all

3

1  documents necessary to close escrow, if such signatures are required by the title
2  insurer.

3      8.    Prior to vacating the vacant land located 13696 S. East Avenue, APN: 042-280-10S,
4  claimant Nancy Unruh Purewal shall maintain the vacant land located 13696 S. East Avenue, APN:
5  042-280-10S, in the same condition and repair as existed as of the date of the posting, normal wear
6  and tear excepted, until she has vacated the premises. The term "maintain" shall include, but is not
7  limited to, keeping the property free of hazard and structural defects; keeping all heating, air
8  conditioning, plumbing, electrical, gas, oil, or other power facilities in good working condition and
9  repair; keeping the property clean and performing such necessary sanitation and waste removal;
10  keeping the property in good condition by providing for lawn and yard maintenance; and other
11  ordinary and necessary items of routine maintenance.

12      9.    Until the sale of the vacant land located 13696 S. East Avenue, APN: 042-280-10S,
13  claimant Nancy Unruh Purewal shall maintain all insurance policies currently in effect with respect
14  to the property, including policies covering liability to persons injured on said property and for
15  property damage to the vacant land located 13696 S. East Avenue, APN: 042-280-10S. Claimant
16  Nancy Unruh Purewal shall arrange for the inclusion of a rider to all of the above-mentioned policies
17  naming the U.S. Marshals Service as the primary beneficiary of the insurance policy.

18      10.    Except as specifically provided herein, claimant Nancy Unruh Purewal shall not
19  convey, transfer, encumber, lien, or otherwise pledge the vacant land located 13696 S. East Avenue,
20  APN: 042-280-10S, without the prior, written approval of the United States.

21      11.    Claimant Nancy Unruh Purewal and all others occupying the vacant land located
22  13696 S. East Avenue, APN: 042-280-10S, shall vacate the vacant land located 13696 S. East
23  Avenue, APN: 042-280-10S, within (30) days after receiving notice by the U.S. Marshals Service
24  of its intention to list the property for sale. Prior to vacating the property, claimant Nancy Unruh
25  Purewal shall remove all of her personal possessions, and the personal possessions of any occupant,
26  including all vehicles, furniture, and trash, and leave the property clean and in the same state of repair
27  as the property was on the date it was posted with notice. Any and all of claimant's personal
28  possessions, and the personal possessions of any current or former occupant, not removed within

thirty (30) days prior to the close of escrow will be disposed of by the United States without further notice. Any cost incurred by the United States to evict claimant, or for disposal of personal possessions, or to repair damage to the property, shall be deducted from the payment to claimant Nancy Unruh Purewal as set forth in ¶ 7.e. above.

12. Pending the sale of the vacant land located 13696 S. East Avenue, APN: 042-280-10S, and the disposition of the proceeds, the Court shall maintain jurisdiction to enforce the terms of the Default Judgment and Final Judgment of Forfeiture.

13. All parties shall bear their own costs and attorneys' fees, except as provided for herein.

SO ORDERED, this 10th day of December, 2007.

_____
OLIVER W. WANGER
United States District Judge

EXHIBIT A

(Vacant land located at or near 13696 S. East Avenue, Fresno, California, Fresno County, APN: 042-280-10S)

The Northwest quarter of the Southwest quarter of Section 14, Township 16 South, Range 20 East, Mount Diablo Base Meridian, according to the Official plat thereof;

EXCEPTING the West 20 feet;

ALSO EXCEPTING the North 10 feet;

ALSO EXCEPTING THEREFROM the South 215 feet of the West 280 feet thereof;

ALSO EXCEPTING THEREFROM one-half of all oil, gas and minerals in and under said land together with the right at all time to enter on said land and take all the usual, necessary or convenient means to bore wells, make excavations and to remove all oil, gas and minerals found thereon and therein as excepted in the Deed from California Land Inc., to J.P. Klepper and Wife dated February 18, 1935;

ALSO EXCEPTING THEREFROM 25% interest of all oil, gas and minerals in and under said land as reserved by Manuel Figueiredo and Eleanor Figueiredo by Deed dated January 22, 1946.

Assessors Parcel No.: 042-280-10S